# **Exhibit 7**

**INTELLECTUAL VENTURES**®

July 1, 2024

Susan Freeman
Senior Counsel
Nationwide Mutual Insurance
One Nationwide Plaza
Columbus, OH 43215
freemans@nationwide.com

Dear Ms. Freeman,

    I write on behalf of Intellectual Ventures Management, LLC ("IVM"). IVM provides management services to Invention Investment Fund I, L.P. ("IIF1") and Invention Investment Fund II, LLC ("IIF2", and together with IIF1, "IIF") as well as Intellectual Ventures I LLC ("IV I") and Intellectual Ventures II LLC ("IV II").  IIF, IV I, and/or IV II (collectively "IV") own or have the exclusive right to license a large portfolio of patents and pending patent applications (>5,700 worldwide patents and applications), which relate to a broad range of technologies.  Many of these patented technologies should be of interest to Nationwide.

    Initially, I would like to call your attention to four patents in particular, which cover technologies used in at least the example products, platforms, features, and/or services listed in the table below that Nationwide makes, uses, sells, offers for sale, imports, and/or encourages its customers and partners to make, use, sell, offer to sell and/or import:

| US Patent No. | Title | Assignee | Example Claim | Example Product/Feature |
|---|---|---|---|---|
| 7,257,582 | LOAD BALANCING WITH SHARED DATA | CUFER ASSET LTD. L.L.C. a wholly owned subsidiary of IIF1 | 1 | Open Source Software: Nationwide's use of Spark https://nationwide.wd1.myworkdayjobs.com/en-US/Nationwide_Career/job/Consultant--Data-Engineer_87248 |
| 7,949,785 | SECURE VIRTUAL COMMUNITY NETWORK SYSTEM | INTELLECTUAL VENTURES I LLC | 30 | Open Source Software: Nationwide 's use of Kubernetes https://nationwide.wd1.myworkdayjobs.com/en-US/Nationwide_Career/job/Consultant--Data-Engineer_87248 |
| 8,332,844 | ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT | INTELLECTUAL VENTURES II LLC | 7 | Open Source Software: Nationwide's use of Docker https://nationwide.wd1.myworkdayjobs.com/en-US/Nationwide_Career/details/Specialist--Software-Engineer_87916?q=docker |
| 8,407,722 | ASYNCHRONOUS MESSAGING USING A NODE SPECIALIZATION ARCHITECTURE IN THE DYNAMIC ROUTING NETWORK | INTELLECTUAL VENTURES I LLC | 14 | Open Source Software: Nationwide 's use of Kafka https://nationwide.wd1.myworkdayjobs.com/en-US/Nationwide_Career/job/Consultant--Data-Engineer_87248 |

    Please note that these patents are offered as an initial list of example patents and example infringing products and that IV's investigation of Nationwide products and services is ongoing.  Enclosed are copies of each of the patents listed above.

INTELLECTUAL VENTURES®

     IV does not authorize Nationwide or Nationwide's customers or partners to practice any of the above patents and/or other IV patent rights without a license. IV is willing to offer a patent license and remains open to business discussions with Nationwide to negotiate such a license, either to the specifically referenced patents or to all or a subset of the IV patent rights.

I look forward to hearing from you at your earliest convenience.

Sincerely,

Steve Joroff
Licensing Executive
On behalf of:
Intellectual Ventures Management
3150 139th Ave SE, Building #4
Bellevue, WA 98005
sjoroff@intven.com

Enclosures:
Patent No: US 7,257,582
Patent No: US 7,949,785
Patent No: US 8,332,844
Patent No: US 8,407,722
Screen Shots for Notice Letter Links

CC: Michelle Macartney
    Chief IP Counsel, Patents and IIF Prosecution
    Intellectual Ventures Management, LLC
    mmacartney@intven.com


    Vinh Pham
    Corporate Counsel
    Nationwide Mutual Insurance
    phamv@nationwide.com


    Scott Linek
    Chief Trademark/IP Counsel
    Nationwide Mutual Insurance
    lineks@nationwide.com ; linek@nationwide.com

3150 139th Avenue SE, Bellevue, WA 98005 • P: +1 (425) 467-2300 • intellectualventures.com